UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| | § | MAGISTRATE JUDGE ACTION NO. |
| VS. | § | 4:26-MJ-00156 |
| | § | |
| GRACE DAWN KIRKNESS | § | |

## ORDER

Before the Court is the Plaintiff United States of America's (the "Government") Emergency Motion to Stay and Revoke Magistrate's Release Order (Doc. #15) (the "Motion") granting pretrial release to Defendant Kirkness. Having considered Judge Palermo's Release Order (Doc. #11), the Government's Motion, and applicable legal authority, the Court hereby DENIES the Government's Motion (Doc. #15) and AFFIRMS the Release Order (Doc. #11).

It is so ORDERED.

March 13, 2026
Date

_____
The Honorable Alfred H. Bennett
United States District Judge