**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. **4:26-cr-151** |
| Plaintiff, | **COUNTS ONE AND TWO** |
| v. | *Assaulting, Resisting, or Impeding a Person Assisting a Federal Officer* |
| **GRACE DAWN KIRKNESS,** | 18 U.S.C. § 111(a)(1) |
|  | Class D Felony |
|  | NMT 8 Years' Imprisonment |
|  | NMT $250,000 Fine |
| Defendant. | NMT 3 Years' Supervised Release |
|  | $100 Special Assessment |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
*Assaulting, Resisting, or Impeding a Person Assisting a Federal Officer*

On or about January 21, 2026, in the Southern District of Texas, the defendant,

### GRACE DAWN KIRKNESS,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Victim #1, a Contract Detention Officer at the Houston Contract Detention Facility, in the performance of official duties, during the performance thereof and on account of that assistance, and caused physical contact, inflicted bodily injury by punching Victim #1 in the face, and did so with the intent to commit another felony, in violation of Title 18, United States Code, Section 111(a)(1).

1

## <u>COUNT TWO</u>
*Assaulting, Resisting, or Impeding a Person Assisting a Federal Officer*

On or about January 21, 2026, in the Southern District of Texas, the defendant,

**GRACE DAWN KIRKNESS**,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Victim #2, a Contract Detention Officer at the Houston Contract Detention Facility, in the performance of official duties, during the performance thereof and on account of that assistance, and caused physical contact, inflicted bodily injury by biting Victim #2 on the leg, and did so with the intent to commit another felony, in violation of Title 18, United States Code, Section 111(a)(1).

**JOHN G.E. MARCK**
Acting United States Attorney

**John Sergei Ganz**
Assistant United States Attorney
Southern District of Texas