UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS

IN RE: § CASE NO. 4:26mj156
§
USA §
§
V §

Kirkness

CD Exhibit

DOCUMENT IS:

☒ LOOSE IN FILE

☐ IN VAULT SEALED

☐ IN BROWN EXPANDABLE FOLDER

INSTRUMENT #________