**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**GRACE DAWN KIRKNESS,**<br>Defendant. | **CASE NO. 4:26-CR-151** |

**UNOPPOSED MOTION TO EXTEND 30 DAY DEADLINE**

The United States, by and through Acting United States Attorney John G.E. Marck and Assistant United States Attorney John Ganz, files this Unopposed Motion to Extend the 30 day deadline for Defendant to be charged by indictment or information. In support thereof, the Government states as follows:

1. The Speedy Trial Act requires that an indictment or information charging a defendant with the commission of a crime be filed within 30 days of the defendant's arrest. 18 U.S.C. § 3161(b).
2. Defendant Grace Kirkness was arrested on a complaint on March 3, 2025.
3. The United States on March 24, 2026 filed an information charging Defendant with violating 18 U.S.C. § 111(a)(1). ECF 17.
4. Defendant was scheduled for her initial appearance and arraignment on March 31, 2026. Defendant was not, however, brought to Court for that hearing. The Court entered a plea of not guilty in Defendant's absence.
5. Because Defendant was not present in court, she did not sign the waiver of indictment within the 30 day period provided under 18 U.S.C. § 3161(b).

6. The United States therefore requests an extension through May 1, 2026 to charge Defendant by information. This extension will allow the parties to complete their negotiations to resolve this case via a guilty plea under a plea agreement.
7. Defendant is unopposed to this Motion.

Respectfully submitted,

JOHN G.E. MARCK
Acting United States Attorney

By: *__/s/ John S. Ganz__*
John S. Ganz
Assistant United States Attorney
Illinois ARDC #6289542
1000 Louisiana Street, Suite 2300
Houston, TX 77002
(713) 567-9920
john.ganz@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CASE NO. 4:26-CR-151** |
| | § | |
| **GRACE DAWN KIRKNESS** | § | |
| | § | |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND 30 DAY DEADLINE**

This case is before the Court on the Government's Unopposed Motion to extend the 30 day deadline to charge Defendant via indictment or information as provided for under 18 U.S.C. § 3161(b). For good cause shown, the Court GRANTS the Motion. The Government has though May 1, 2026 to charge Defendant by indictment or information.

Signed on April ___, 2026 in Houston, Texas.

______________________________________
THE HONORABLE GEORGE HANKS
United States District Judge
Southern District of Texas

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that on April 3, 2026, a true and correct copy of the foregoing Motion was filed with the Court's CM/ECF system, which will serve a copy on counsel for Defendant Kirkness.

*/s/ John S. Ganz*
John S. Ganz
Assistant United States Attorney

**CERTIFICATE OF CONFERENCE**

Undersigned counsel has conferred with defense counsel Joel Bennett regarding this Motion. Mr. Bennett is unopposed to the Motion.

*/s/ John S. Ganz*
John S. Ganz
Assistant United States Attorney