UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

   v.

GRACE DAWN KIRKNESS,

              Defendant.

CASE NO. 4:26-CR-151

## MOTION TO DISMISS WITHOUT PREJUDICE

The United States, by and through Acting United States Attorney John G.E. Marck and Assistant United States Attorney John Ganz, moves under Fed. R. Crim. P. 48(a) to dismiss without prejudice the Information (ECF 17) in this case.

                         Respectfully submitted,

                         JOHN G.E. MARCK
                         Acting United States Attorney

By:    */s/ John S. Ganz*
        John S. Ganz
        Assistant United States Attorney
        Illinois ARDC #6289542
        1000 Louisiana Street, Suite 2300
        Houston, TX 77002
        (713) 567-9920
        john.ganz@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| § | |
| **vs.** § | **CASE NO. 4:26-CR-151** |
| § | |
| **GRACE DAWN KIRKNESS** § | |
| § | |

## ORDER DISMISSING INFORMATION WITHOUT PREJUDICE

This case is before the Court on the Government's Motion to Dismiss the Information (ECF 17) in this case without prejudice.

The Court hereby GRANTS the Motion. The Court DISMISSES the Information (ECF 17) WITHOUT PREJUDICE.

Signed on April ___, 2026 in Houston, Texas.

_____
THE HONORABLE GEORGE HANKS
United States District Judge
Southern District of Texas

2

## **CERTIFICATE OF SERVICE**

Undersigned counsel certifies that on April 28, 2026, a true and correct copy of the foregoing Motion was filed with the Court's CM/ECF system, which will serve a copy on counsel for Defendant Kirkness.

*/s/ John S. Ganz*
John S. Ganz
Assistant United States Attorney