United States District Court
Southern District of Texas
**ENTERED**
April 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **vs.** | § § | **CASE NO. 4:26-CR-151** |
| **GRACE DAWN KIRKNESS** | § § § | |

### ORDER DISMISSING INFORMATION WITHOUT PREJUDICE

This case is before the Court on the Government's Motion to Dismiss the Information (ECF 17) in this case without prejudice.

The Court hereby GRANTS the Motion. The Court DISMISSES the Information (ECF 17) WITHOUT PREJUDICE.

Signed on April 29, 2026 in Houston, Texas.

_____
THE HONORABLE GEORGE HANKS
United States District Judge
Southern District of Texas